No. 88–580.  WEAVER *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 88–582.  FICAROTTA *v.* RENNA, COMMISSIONER, DEPARTMENT OF COMMUNITY AFFAIRS OF NEW JERSEY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–585.  PALMA ET AL. *v.* ADLER.  Sup. Ct. R. I.  Certiorari denied.

No. 88–586.  STUART ET AL. *v.* METROPOLITAN LIFE INSURANCE CO.  C. A. 1st Cir.  Certiorari denied.

No. 88–587.  MCNULTY *v.* W. S. LIBBEY CO.  C. A. 1st Cir.  Certiorari denied.

No. 88–588.  HOUSTON *v.* FOLTZ, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 88–590.  MAURER *v.* CALIFORNIA BOARD OF PRISON TERMS.  Sup. Ct. Cal.  Certiorari denied.

No. 88–592.  PYROTRONICS CORP. *v.* PYRODYNE CORP.  C. A. 9th Cir.  Certiorari denied.

No. 88–594.  FOUR STAR CORP. *v.* BOTT ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 88–595.  OFFSHORE EXPRESS, INC. *v.* JOHNSON.  C. A. 5th Cir.  Certiorari denied.

No. 88–598.  RAKOVICH *v.* WADE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–610.  HURVITZ *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 88–638.  LAFFERTY *v.* CITY OF COOTER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–642.  POINDEXTER ET UX. *v.* TOWN OF ROCKY MOUNT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–644.  CALCO, LTD., ET AL. *v.* WATER TECHNOLOGIES CORP. ET AL.  C. A. Fed. Cir.  Certiorari denied.